■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALLEN CUFF, Appellant.— Judgment of the Supreme Court, Richmond County, rendered June 17, 1966, modified, on the law and the facts, by reducing appellant's sen-

tence to the time already served, with probation until the time when the one-year sentence imposed by the trial court would have terminated. As so modified, judgment affirmed. In our opinion, under the circumstances of this case, the sentence of one year was excessive. Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.